Entire Agreement. This document constitues the entire Agreement between the parties, and no promises or representations, other than those contained here and those implied by law, have been made by Landlord or Tenant. Any modifications to this Agreement must be in writing and signed by Landlord and Tenant.

Tenant
Signature: Clement. J.A. Morris
Name: Clement. J.A. Morris
Date: December 34, 2011

You get 60% on the dollars and I get 40% on the dollars on what you make for fashion design and stamps.

LANDLORD
Signature: Suzanne Lee
Name: District 2 City Council
Date: December 31, 2011

Judicial Method: Internal constraints jogging
48. Thorsten Beck vs. Sustein
49. Sunstein and Vermeule
50. William Blackstone
51. Example, Julius Stone
Law Review 127, 1994.
Decaratory judgment of noninfringement, invalidity and unenforceability of patent Limitation on damages and other remedies, making ② and notice invest ③ in to electrical, ielectial ① State street, law ④ an order tv show, honda invest in to Vetnam electial, bi chem world finacal ⑤ teaxs tiping group, Italy

* With the world fianical teaxs tiping group exame booklet I gave District II. Clement J Morris

U.S. DISTRICT COURT DISTRICT OF MASS. FILED 19 MAY 21 AM 9:27 IN CLERKS OFFICE