UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CLEMENT A. MORRIS, | * | |
| Plaintiff, | * | |
| v. | * | C.A. No. 19-11158-ADB |
| DESMOND LAM, et al., | * | |
| Defendants. | * | |

MEMORANDUM AND ORDER

BURROUGHS, D.J.

On May 21, 2019, *pro se* plaintiff Clement G. Morris of South Boston, Massachusetts, filed a complaint seeking "40 Million Dollars." *See* Complaint, Dkt. No. 1. Attached to the complaint is a one-page contract. *See* Dkt. No. 1-1. With his complaint, Morris filed an Application to Proceed Without Prepayment of Fees and Affidavit. *See* Dkt. No. 2.

On June 20, 2019, Morris' Application to Proceed Without Prepayment of Fees was denied as incomplete and he was ordered to either pay the filing fee or file a renewed Application to Proceed Without Prepayment of Fees and Affidavit. *See* Dkt. No. 5. Morris was also ordered to show cause why this action should not be dismissed for lack of subject matter jurisdiction. *Id.* The Memorandum and Order stated that Morris' complaint does not allege a violation of federal law and to the extent the complaint alleges a breach of contract, diversity of citizenship does not exist as the parties are alleged to be residents of Massachusetts.

To date, Morris has not responded to the Court's Memorandum and Order and the time to do so has expired. It is a long-established principle that this Court has the authority to dismiss an action *sua sponte* for a party's failure to prosecute his action and his failure to follow the Court's

orders.  Fed. R. Civ. P. 41(b).   Additionally, if the court determines that it lacks subject matter jurisdiction, "the court must dismiss the action." Fed. R. Civ. P. 12(h)(3).

Accordingly, plaintiff having failed to comply with the May 21, 2019 Memorandum and Order, this action is hereby DISMISSED pursuant to Rule 12(h)(3) for lack of subject matter jurisdiction.

**SO ORDERED.**

August 9, 2019                                                               /s/ Allison D. Burroughs
                                                                                      ALLISON D. BURROUGHS
                                                                                      U.S. DISTRICT JUDGE