# AMENDED COMPLAINT 8-9-2019

CIVIL Docket for case #: 1:19-cv-11158-ADB

Morris v. Lam et al

Assigned to: Judge Allison D. Burroughs

Demand: $9,999,000

Cause: 28:1331 FED. Question

---

On voting cause was to lock in the vote to match the WFG book Along with my bunker hill business Note book from Charles town my note book from college was blue it was my business note's from college in 2004, Like month maybe march is the month. Also Brain washing to have me bring to WFG booklet with other's to Alleiy of Beach next to hot pot Resturant to Alley to drop item's of mine's to Alley in the beiteielfe to thank I was going to be paid but only one Lady that use to work at coffee shop were I use to go to study important documents and drink coffee and study these documents. Also Showing Mr. Desmond Lam the book in Quincy Mass and to find Place in teax to take exam is what my friend and Mr. Desmond Lam said the exam would be

Also my asking for this work was 40% of what they make altoghter on what their profit was with the WFG booklet exam answer and they get 60% to ~~tot~~ keep me respect us business only then this hex was put on me for information to profit and, I would so call be rich and famous. then they gave me a businee name as Wu-Tang but different spelling with money to ~~toreh~~ grow business with money from WFG. 04/16/2019 all parites agreed and that's why I did the tent * Agreement or Lease to say where in business for good. On some day's I would show them my work and everthing else then they gave me a statement out loud in public saying I am very respected. Then the moot part is from my rule 30 bief from my ~~wron~~ Appellet Lawyer from SouthBay I gave them the brief to incorporate not knowing what i really was doing. Also in my overturn brief moot was appled as well in that mater.

Memorandum was also apply in my [Appellate brief] from Lynn District courthouse, and the herbal med's from Chinatown is how they brain wash me for information's to stay ahead of me before I can myself. Also when was on Resipal med's their brain washing meth was able for me to come off sic med's in all because the would ask me what type of meds am I on. So (1)# me showing this book to Chinatown first then they brain wash me to find Mr Desmond Lam office in Quincy, Also I know some of them in person and they still to this day brain wash me for information. and from their brain washing meth District 2 I get violent but not to the point of phyical preformance, Also they meaning District 2 and some other's know how to brain was me with medical picture from ICU unit car accident from 2001. Like this morning herbal med's is another way they can brain wash me, ems, brain washing, police officer brain washing, fire department with

Shirens ~~$~~ is another way like get my body to a ~~specif~~ certin area and you can preform this type of work if you keep me in area, 2# smelling of me, what I like, who I like if I show them paper work. Like feet burning people they know I went to school with, writting hair cut like I got in Chinatown a couple of years ago. New form like if i buy from one of the store's like coffee shop grocery store.

Like if I own money at coffee shop or always around them or if they have a picture of my mass id which they do. or If I get all my healing equiment from them like shoe's, coffee clothes hair cut or Anything or they can say love you kill you and give you tattoo

Amended Compaint Like if the mental health Doctor give you Liquid Acid for inject but south cove treats you for risperdal and other med's along with smarts, cars offers as me being a teacher in China and give me other things Like from dress Jacket, and I bought years ago from China town some little boxs. but LIKE cafens with Little Dolls in it.