Appeal order C.A. No. 19-11158-ADB

Memorandum and order
Burroughs, D.J.

Clement A. Morris

Plaintiff,

V.

Desmond Lam, et Al., Defendants

FILED IN CLERKS OFFICE
2019 AUG 14 PM 3:39
U.S. DISTRICT COURT
DISTRICT OF MASS.

I M Defendants

Upon arrival in Chinatown old coffee shop I would walk to hotpot restuarnt location smoke cigirett and Pea in Alley next to hotpot in Alley and some of the worker's of both ~~ore~~ Store's ~~I~~ I would buy soda from one Pea in Alley And I would hang in this area for year's untill I got my appartment at 880 Cummins hwy Apt 4 Mattapan. Zip code forgotten



U.S. Department of Justice

*Carmen M. Ortiz*
*United States Attorney*
*District of Massachusetts*

Main Reception: (617) 748-3100
www.justice.gov/usao/ma

John Joseph Moakley United States Courthouse
1 Courthouse Way
Suite 9200
Boston, Massachusetts 02210

## DUTY COMPLAINT FORM

*Please note some fields are required.   Please print clearly.

*Date: 3-24-2018

*First Name: Clement

*Last Name: Morris

Street Address: 4 Henry Sterling Square  Apt 842

*City: S. Boston        *State: MA    Zip Code: 02127

Preferred Phone Number: (857) 277-9614

Email: clementGmorris(At)Gmail.com

Briefly summarize your complaint including:

- if you have contacted this office about the matter before and when;
- if you contacted any other public agencies about the matter and when;
- the name of any attorney representing you in this matter; and
- the court and case caption if your matter has an action pending in federal, state or other courts.

① Psych Provider Shoud Mc GAttee - Mass Mental Health Center
617-626-9610 Phone

② Primary care Provider Dr. Campbell. Mass Mental Health center
Phone (617) 626-9300

③ Community Based Flexible Supports Dante Poole  Main: 617-371-3189
                                                 Cell: 617-470-8600

④ Robert E. Fox, Attorney At Law
   358 Chestnut Hill Avenue
   Suite 205
   Brighton, MA 02135
   Tel: (617) 686-1015
   Fax: (617) 440-5660
   Email: robert(At)Attorneyfox.com

1



U.S. Department of Justice

*Carmen M. Ortiz*
*United States Attorney*
*District of Massachusetts*

*Main Reception: (617) 748-3100*
*www.justice.gov/usao/ma*

*John Joseph Moakley United States Courthouse*
*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts 02210*

OFFICE OF ATTORNEY GENERAL
One Ashburton Place
Boston, MA 02108
(617) 727-8400 (File Complaint)
(617) 727-2200
www.mass.gov/ag

FEDERAL BUREAU OF INVESTIGATION
One Center Plaza, Suite 600
Boston, MA 02108
(617) 742-5533
www.fbi.gov/boston

## Attorney Referral

BOSTON BAR ASSOCIATION
16 Beacon Street
Boston, MA 02108
(617) 742-0625
www.bostonbar.org

MASSACHUSETTS BAR ASSOCIATION
20 West Street
Boston, MA 02111
(617) 654-0400 (Boston)
(866) 627-7577 (Toll Free)
www.massbar.org

## Pro Bono and Low-Cost Referral

LEGAL ADVOCACY AND RESOURCE CENTER
(800) 342-LAWS or (800) 342-5297
www.larcma.org

## Directories

ALL FEDERAL AGENCIES – www.usa.gov/directory/federal/index.html

MASSACHUSETTS STATE COURT – www.mass.gov/courts.html

UNITED STATES DISTRICT COURT – www.mad.uscourts.gov