Appeal Order CA. N.O. 19-11158 ADB
Memorandum and order
Burroughs, D.J
Clemen G.A. Morris AKA Keith Morris
Plaintiff
Desmond Lam, et Al., Defendants

Clement G Morris

FILED IN CLERKS OFFICE
2019 AUG 14 PM 4: 23
U.S. DISTRICT COURT
DISTRICT OF MASS.

2010 After the BMC Judge did forensic evaluation 2013 or 2014 Upon Lindimen Shelter. Also I show this to Mr. Desmond Lam the W.F.B. And that why they said I was well Respected in Chinatown. Upon Arrival in Chinatown old coffee shop I would walk to hotpot Restuarnt location smoke cigirett and Pea in Alley Next to hotpot Restuarnt in Alley and some of the worker's of both store's. Aslo the Restuarnt Next to I would buy soda from one Pea in Alley and I would hand in this Area for Year's untill I got my Appartment Appartment at 880 Cummins hwy Apt 4 Mattapan Zip code forgot "Anyway" I left my business business Note's in blue light Note book in NACA bief Case with stamps book to order And I witness them selling Stamps as well