Appeal order C.A. No. 19-11158-ADB

Memorandum and order
Burroughs, D.J.

Clement A. Morris

Plaintiff,

v.

Desmond Lam, et Al., Defendants

\ M Defendants

Upon arrival in Chinatown old coffee shop I would walk to hotpot restuarnt location smoke cigirett and Pea in Alley next to hotpot in Alley and some of the workeris of both ~~ore~~ store's ~~I~~ I would buy soda from one Pea in Alley and I would hang in this area for year's untill I got my appartment at 880 Cummins hwy Apt 4 Mattapan. Zip code forgotten