# United States Court of Appeals
## For the First Circuit

No. 19-1840

CLEMENT G. MORRIS

Plaintiff - Appellant

v.

DESMOND LAM; SUZANNE LEE, Principal

Defendants - Appellees

**JUDGMENT**

Entered: October 10, 2019
Pursuant to 1st Cir. R. 27.0(d)

By order entered September 18, 2019, appellant was directed to show cause in writing as to why this appeal should not be dismissed as duplicative of Appeal No. 19-1832. Appellant was warned that failure to respond by October 2, 2019 would lead to dismissal for lack of diligent prosecution.

Appellant having failed to file a timely response, it is hereby ordered that the above-captioned appeal be dismissed in accordance with Local Rule 3.0(b). Appellant's appeal shall proceed under No. 19-1832.

By the Court:

Maria R. Hamilton, Clerk

cc:
Clement G. Morris