# United States Court of Appeals
## For the First Circuit

_____

Nos. 19-1832; 19-1839

CLEMENT G. MORRIS

Plaintiff - Appellant

v.

DESMOND LAM; SUZANNE LEE, Principal

Defendants - Appellees

_____

**JUDGMENT**

Entered: October 30, 2019
Pursuant to 1st Cir. R. 27.0(d)

On September 26, 2019, this court issued an order directing the appellant to either pay the $505.00 filing fees or to file a compliant request for in forma pauperis status with the district court. Appellant was notified that failure to take either action by October 10, 2019 would result in these appeals being dismissed for lack of prosecution.

Appellant having failed to file a request for in forma pauperis status or the payment of the filing fees, it is hereby ordered that the above-captioned appeals be dismissed in accordance with 1st Cir. R. 45.0(a) and 3.0(b).

By the Court:

Maria R. Hamilton, Clerk

cc:
Clement G. Morris