# United States Court of Appeals
## For the First Circuit

No. 19-1840

CLEMENT G. MORRIS

Plaintiff - Appellant

v.

DESMOND LAM; SUZANNE LEE, Principal

Defendants - Appellees

**MANDATE**

Entered: October 31, 2019

In accordance with the judgment of October 10, 2019, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Clement G. Morris