# United States Court of Appeals
## For the First Circuit

No. 19-1832
     19-1839

CLEMENT G. MORRIS

Plaintiff - Appellant

v.

DESMOND LAM; SUZANNE LEE, Principal

Defendants - Appellees

**MANDATE**

Entered: November 20, 2019

    In accordance with the judgment of October 30, 2019, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

                              By the Court:

                              Maria R. Hamilton, Clerk

cc:
Clement G. Morris