FILED
IN CLERKS OFFICE

2023 SEP -1 AM 10:04

U.S. DISTRICT COURT
DISTRICT OF MASS.

DEFORMATION

Charcter

FINAL

CHAPTER

SCAN BARCODE

T · ·Mobile·

## Receipt

**Order #: CTLII0V6D00527**

**T-Mobile Store: 5214**
1438 MASSACHUSETTS AVE
CAMBRIDGE, MA 02138
(617) 576-0400
Sales Rep #: ****380

**Customer**
Clement morris
(***) *** - 0481

| | |
|---|---|
| **Date:** | 08/31/2023 11:13 PST |
| **Account #:** | ******300 |
| **Register #:** | 23 |
| **Estimated Next Service Cycle:** | Sep 05 - Oct 04 |
| **Trans #:** | CTLII0V6D00527 |

### Transaction Details

| SKU | Description | Qty. | Price | Price Paid |
|---|---|---|---|---|
| D2AND | **Financial**<br>Value Prepaid Refill | 1 | $50.00 | $50.00 |
| | | | **Sub-total** | $50.00 |
| | | | **State and Local Taxes** | $3.13 |
| | | | **Total** | $53.13 |
| | | | Cash Received | $100.00 |
| | | | Change Due | $46.87 |

**T-Mobile Return Policy:**
Prepaid services, e-coupons and gift cards are non-refundable.

FILED
IN CLERKS OFFICE
2023 AUG 31 PM 3:06
U.S. DISTRICT COURT
DISTRICT OF MASS.



UNITED STATES
POSTAL SERVICE.

LAFAYETTE
7 AVENUE DE LAFAYETTE
BOSTON, MA 02111-9998
(800)275-8777

08/31/2023 10:11 AI

| Product | Qty | Unit Price | Pric |
|---|---|---|---|
| Money Order | | | $279.0 |
| Serial#: 28674754367 | | | |
| Money Order Fee | | | $2.0 |
| Total | | | $281.0 |

Grand Total: $281.C

Debit Card Remit $281.C
Card Name: VISA
Account #: XXXXXXXXXXXX7912
Approval #: 380584
Transaction #: 191
Receipt #: 040513
Debit Card Purchase: $281.00
AID: A0000000980840 Chip
AL: US DEBIT
PIN: Verified

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile devic

or call 1-800-410-7420.

UFN: 240087-0112
Receipt #: 840-50200014-1-7512275-1
Clerk: 44



UNITED STATES POSTAL SERVICE®

**CUSTOMER'S RECEIPT**

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

NOT NEGOTIABLE

| | |
|---|---|
| Pay to | BHA |
| Address | 4 Sterling Sq Apt 842 02127 |

KEEP THIS RECEIPT FOR YOUR RECORDS

| Serial Number | Year, Month, Day | Post Office | Amount | Clerk |
|---|---|---|---|---|
| 28674754367 | 2023-08-31 | 021121 | $279.00 | 44 |



MCU - GOVERNMENT CENTER
Date:08-31-2023 10:53:37 AM
Acct#:******1834
Type:WTH
Cash Amount:-$150.00

Total Amount:-$150.00
CurBal: $517.58
AvailBal:$510.23

Transaction Number:334949
Branch Number:34
Cashbox Number:308
Network Node:3245

Deposits may not be available for immediate withdrawal.

www.metrocu.org

[signature]

Station: 287449

FILED
IN CLERKS OFFICE
2023 AUG 31 AM 9: 20
U.S. [illegible]
[illegible] MASS.

Wednesday Come Back
August 30th 10:0[illegible]
at
10:30 a.m Fed EX
Dr. Calabresi

Brittany Accs
617 291-5750

8128 .23 cents
in bank account
money comes in 1st or 5th

METRO CREDIT UNION

MCU - GOVERNMENT CENTER
Date:08-29-2023 11:29:39 AM
Acct#:******1834
Type:DEP
Cash Amount:$0.28

Total Amount:$0.28
CurBal: $5.51
AvailBal:$0.51

Transaction Number:352110
Branch Number:34
Cashbox Number:1273
Network Node:3222

Deposits may not be available for immediate withdrawal.

www.metrocu.org

Station: 286832

We're ready to help.

For financial planning, schedule time with your advisor or find an advisor at **Fidelity.com/findanadvisor.**
For general questions or to be directed to the right team, call **Customer Service at 800-343-3548.**
For help with tax-deductible donations, call **Charitable Giving at 800-262-6039.**
For help with account reregistration and inheritances, call **Transition Services at 800-544-0003.**
Have other questions?
Visit our virtual assistant at **Fidelity.com/VA.**

Fidelity INVESTMENTS

N&M MARKET,
2359 Washington St,
Roxbury,
MA 02119,
617-283-3272

08/29/2023 13:59:25

Food Stamp Purchase

| | |
|---|---|
| TID | 7248600 |
| Clerk ID | 12 |
| Order ID | IFR0A |
| Card Number | 600875********836 |
| Response | 18663 |
| Unique Ref | JS15GSG3C |
| Total Amount | $21. |
| Food Stamp Balance | $860. |

Approved

CUSTOMER COPY

N&M MARKET,
2359 Washington St,
Roxbury,
MA 02119,
617-283-3272

08/30/2023 14:25:29

Food Stamp Purchase

| | |
|---|---|
| TID | 7248601 |
| Clerk ID | 123 |
| Order ID | JW4G71 |
| Card Number | 600875********8360 |
| Response | 545835 |
| Unique Ref | E342Q4X47S |
| Total Amount | $3.75 |
| Food Stamp Balance | $851.81 |

Approved

CUSTOMER COPY

Stop receiving recurring donation emails

$5.00

The Obama Foundation
5235 S Harper Ct, Suite 1140, Chicago IL, USA 60615
donate@obama.org

164.50

Save up to $7,000 when you switch to solar ... Clean Energy Network ... Solar with the ...

7,000.00

7,000.00 3 times

Homeowners like you are getting up to ... solar incentive ... $200 per month ... Enter your ... to find out instantly

Initiate transfer from Credit union to fidelity

Z26-138040 - Fidelity Acct

Fidelity Brokerage Services LLC, Member NYSE, SIPC
© 2020 FMR LLC. All rights reserved.
